# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TERRI ESTAY, | ) |
| Plaintiff, | ) |
| v. | ) CASE NO.: 2:11-cv-699 |
| PORTFOLIO RECOVERY ASSOCIATES, LLC, | ) STIPULATION OF DISMISSAL |
| Defendant. | ) |

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties hereto, by their respective undersigned attorneys that the above-entitled action by Plaintiff may be, and hereby is dismissed on its merits with prejudice, without costs, disbursements or attorney's fees to any party.

**KROHN & MOSS, LTD.**

Dated: November 30, 2011     By: /s/ Kelli Denise Mayon
Kelli Denise Mayon
Attorneys for Plaintiff
4712 Purdue Drive
Metairie, LA 70003

**BURR & FORMAN LLP**

Dated: November 30, 2011     By: /s/ Thomas K. Potter, III (T.A.)
Thomas K. Potter, III (T.A.)
Attorneys for Defendant
700 Two American Center
3102 West End Avenue
Nashville, Tennessee 37203